UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DWIGHT ROSS a/k/a GADA PERETS YISRAEL,**

    Plaintiff,

v.                              Case No.  **8:05-cv-2197-T-30TGW**

**DAVID GEE, Sheriff, Hillsborough County, JAN BATES, ART CARTER and PAM LeCLERC,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Court Order (Dkt. 6).  Upon review and consideration, it is hereby ORDERED AND ADJUDGED that Plaintiff's Motion for Court Order (Dkt. 6) is **GRANTED**. The Clerk is ordered to provide Plaintiff with a copy of his Complaint and all other documents filed with his Complaint. Plaintiff will be charged for the costs of copying said documents and shall remit payment to the Clerk of the Court for said copies within **30 (thirty) days** of receipt of the same.

Plaintiff has **30 (thirty) days** from the date he receives the copies from the Clerk to adhere to this Court's December 6, 2005 Order (Dkt. 4), verifying exhaustion of his administrative remedies or showing that no administrative grievance procedure existed.

**DONE** and **ORDERED** in Tampa, Florida on December 29, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05cv2197 - Motion for Court Order -Ross v David Gee.frm