**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DWIGHT ROSS a/k/a
GADAR PERETS YISRAEL

    Plaintiff,

v.                                      Case No.  8:05-cv-2197-T-30TGW

DAVID GEE, et al.,

    Defendants.
_____/

**ORDER**

Before the Court is a Motion for Court Order in which Plaintiff asks the Court to direct the Clerk to waive the $28.00 charge for photocopies provided to him at his request (Dkt. 9). The statutory right to proceed *in forma pauperis* waives only "prepayment of fees or security therefor." 28 U.S.C. § 1915(a)(1). The statute does not convey to the litigant a right to have documents copied and returned to him at government expense. *See Schwarz v. Interpol, Office of Information and Privacy et al.*, 1995 WL 94664 *2 (10th Cir.); *In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990). Plaintiff should conduct himself accordingly.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's Motion for Court Order is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on January 31, 2006.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

SA: jsh
<u>Copies furnished to</u>:
*Pro Se* Plaintiff