UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DWIGHT ROSS**
a/k/a Gadar Perets Yisrael,

    Plaintiff,

v.   Case No.  8:05-cv-2197--T-30TGW

**SHERIFF DAVID GEE, et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  The Court entered an Order (Dkt. #4) on December 6, 2005, which directed the Plaintiff to "verify exhaustion of his administrative remedies" and submit copies of the required grievances, appeals, and responses thereto, within thirty days of said Order.  A subsequent Order (Dkt. #7) was entered on December 29, 2005, which directed the Plaintiff to verify "exhaustion of his administrative remedies or showing that no administrative grievance procedure existed."  Plaintiff has failed to comply with said Orders.

It is therefore ORDERED AND ADJUDGED that:

1. This case is DISMISSED without prejudice.

2. The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on June 16, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cv-2197.dismiss non comply.frm